JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YA ENTERTAINMENT HOLDINGS, LTD., <br><br> Plaintiffs, <br><br> vs. <br><br> JI INTERNATIONAL, LLC., ETAL., <br><br> Defendants. | CASE NO. CV 07-05544-MMM(Ex) <br><br> ORDER DISMISSING CIVIL ACTION |

    THE COURT having been advised by counsel that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

DATED: January 14, 2008

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE